# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

LACAUNA ADAMS on behalf of D.J.W., )
a minor child,                     )
                                   )
            Plaintiff,             )
                                   )
                                   ) No. Civ-10-049-FHS-KEW
vs.                                )
                                   )
MICHAEL J. ASTURE, Commissioner,   )
Social Security Administration,    )
                                   )
            Defendant.             )

## ORDER

On March 15, 2011, the United States Magistrate Judge for this district entered Findings and Recommendations in the above referenced case, recommending that this Court affirm the Secretary's decision as determined by the Administrative Law Judge ("ALJ") denying benefits to Plaintiff. On March 22, 2011, the Plaintiff filed a timely objection to the Findings and Recommendations alleging the Findings do not properly consider the evidence establishing disability. The court has reviewed the objection.

This Court finds the Findings of the Magistrate/Judge affirming this case are supported by the record.

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate be **AFFIRMED** and adopted by this Court as this Court's Findings and Order and the objections and exceptions filed by Plaintiff are hereby **OVERRULED**.

**IT IS SO ORDERED** this 29th day of March, 2011.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma